# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1183

_____

| | | |
|---|---|---|
| Tuan Quoc Nguyen, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| St. Louis County Jail; Medical | * | |
| Department; Unknown Dentists, All | * | [UNPUBLISHED] |
| Involved; Medical Staff; Unknown | * | |
| Officers, Unnamed; BOP Medical | * | |
| Contract Staff, Unnamed, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  March 22, 2002
Filed:  March 27, 2002

_____

Before McMILLIAN, BOWMAN, and BYE, Circuit Judges.

_____

PER CURIAM.

Tuan Quoc Nguyen appeals the District Court's[1] pre-service dismissal, under 28 U.S.C. § 1915(e)(2)(B), of his 42 U.S.C. § 1983 action.  Having carefully reviewed the record, we conclude dismissal was proper.  Nguyen's allegations

_____

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

regarding medical mistreatment did not state a constitutional violation.  See Dulany v. Carnahan, 132 F.3d 1234, 1239 (8th Cir. 1997); Martin v. Sargent,780 F.2d 1334, 1337-39 (8th Cir. 1985).  Accordingly, we affirm.  See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.